## The New Orleans Improvement and Banking Company *v.* Walker et al.

The certificate of the clerk that, the record of appeal "contains a true and complete transcript
of all the records, documents, and proceedings had in the case," and of the judge that, it
"contains all the matters of fact upon which the case was tried," are insufficient; and, in
the absence of any assignment of error, statement of facts, bill of exceptions, or other means
by which the case can be examined on its merits, the appeal must be dismissed.

APPEAL from the Parish Court of New Orleans, *Maurian*, J. *Marsoudet*,
for the plaintiffs. *Bartlette*, for the appellant.

The judgment of the court was pronounced by

KING, J. The plaintiffs move for the dismissal of this appeal. The certifi-
cate of the clerk is that, the record "contains a true and complete transcript of
all the records, documents and proceedings had in the case wherein," &c. The
certificate of the judge is that, it "contains all the matters of fact upon which
the case was tried, in the first instance." These certificates are clearly insuffi-
cent. They do not show that the record contains all the evidence upon which
the cause was tried. There is no assigment of errors, statement of facts, bill
of exceptions, or other means furnished by which we are enabled to examine
the merits. The plaintiff has asked for damages for the frivolous appeal. The
dismissal having been claimed, they cannot be allowed.

*Appeal dismissed.*